U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  AUG 16 2005
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MASROOR KAZMI | * | |
| | * | CIVIL ACTION NUMBER 05-1955 |
| VERSUS | * | |
| | * | SECTION: L |
| JANE WALLEYN AND | * | |
| FARMERS DIRECT | * | |
| INSURANCE COMPANY | * | MAGISTRATE: 1 |

*******************************

## ORDER

CONSIDERING THE FOREGOING Unopposed Motion to Remand and Affidavit of plaintiff, MASROOR KAZMI, it is hereby ORDERED by this Honorable Court, that the above-entitled and numbered matter be and the same is hereby REMANDED to the Civil District Court for the Parish of Orleans, State of Louisiana, as the plaintiff, MASROOR KAZMI, stipulates that his claims do not exceed the sum or value of $75,000.00, exclusive of interest and costs.

New Orleans, Louisiana, this 16 day of Aug, 2005.

_____
JUDGE

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No._____